UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUAN J. RODRIQUEZ,

       Petitioner,

   -v-

UNITED STATES OF AMERICA,

       Respondent.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2024

05-cv-08283 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  The Clerk of Court is respectfully directed to send a copy of the Order issued by the Court on February 12, 2024 at Dkt. No. 7 to the Petitioner at 13105 White Stone Dr., Apt D Tampa, FL 33617-2905 and 432 Old Tappan Road, Old Tappan, NJ 07675.

SO ORDERED.

Dated: February 14, 2024
   New York, New York

                LEWIS J. LIMAN
                United States District Judge