```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUAN J. RODRIQUEZ, :
:
:
Petitioner, :
: 05-cv-08283 (LJL)
-v- :
: ORDER
:
UNITED STATES OF AMERICA, :
:
Respondent. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 29, 2024, in response to the Court's September 9, 2024 order, Dkt. No. 15, the Government states that, on or about October 22, 2024, it received an affirmation from Petitioner's counsel, Robert Baum, dated October 18, 2024. Dkt. No. 17. Accordingly, the Government's opposition is due no later than November 28, 2024. The Petitioner may file a reply no later than January 3, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner pro se.

SO ORDERED.

Dated: October 29, 2024
      New York, New York
                                       LEWIS J. LIMAN
                                     United States District Judge