UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN J. RODRIQUEZ, :
:
:
Petitioner, :
: 05-cv-08283 (LJL)
-v- :
: ORDER
:
UNITED STATES OF AMERICA, :
:
Respondent. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Petitioner shall file his reply memorandum in further support of the petition for writ of error coram nobis on or before February 12, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner pro se.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                        LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025